**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (*If known*): _____

Chapter you are filing under:

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

## Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Kent**<br>First name<br><br>**Paul**<br>Middle name<br><br>**Lemon**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **5  1  2  0**<br>OR<br>**9**xx - xx - __ __ __ __ | xxx - xx - __ __ __ __<br>OR<br>**9**xx - xx - __ __ __ __ |

Debtor 1  **Kent** **Paul** **Lemon**

First Name  Middle Name  Last Name

Case number *(if known)* _____

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN |

**5. Where you live**

**616 Heritage Lane**

Number  Street

**Flower Mound, TX 75022**

City  State  ZIP Code

**Denton**

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number  Street

P.O. Box

City  State  ZIP Code

**If Debtor 2 lives at a different address:**

Number  Street

City  State  ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number  Street

P.O. Box

City  State  ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

Debtor 1     **Kent**          **Paul**          **Lemon**                              Case number *(if known)* _____
             First Name       Middle Name       Last Name

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---------|-------------------------------------------|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.

| | District _____ | When _____ MM / DD / YYYY | Case number _____ |
| | District _____ | When _____ MM / DD / YYYY | Case number _____ |
| | District _____ | When _____ MM / DD / YYYY | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes.

| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |
| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

**11.** **Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Kent** | **Paul** | **Lemon** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                            State            ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Kent** | **Paul** | **Lemon** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.    What is the hazard?    _____
_____
_____

If immediate attention is needed, why is it needed?
_____
_____
_____

Where is the property?    _____
Number        Street

_____

_____            _____   _____
City                                                 State      ZIP Code

Debtor 1    **Kent**        **Paul**          **Lemon**                                    Case number *(if known)* _____

       First Name      Middle Name      Last Name

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Kent** | **Paul** | **Lemon** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No.   I am not filing under Chapter 7. Go to line 18.

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ Kent Paul Lemon**
Kent Paul Lemon, Debtor 1

Executed on **06/28/2026**
MM/  DD/  YYYY

| Debtor 1 | **Kent** | **Paul** | **Lemon** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Robert T DeMarco**
Signature of Attorney for Debtor

Date **06/28/2026**
MM / DD / YYYY

**Robert T DeMarco**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**12770 Coit Road, Suite 850**
Number        Street

**Dallas**
City

**TX**
State

**75251**
ZIP Code

Contact phone **(972) 991-5591**      Email address **robert@demarcomitchell.com**

**24014543**
Bar number

**TX**
State

Fill in this information to identify your case and this filing:

Debtor 1    **Kent**          **Paul**          **Lemon**
            First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ **Eastern** _____  District of _____ **Texas** _____

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                     12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.
    ☑ Yes. Where is the property?

    1.1  **616 Heritage Lane**
    Street address, if available, or other description

    **Flower Mound, TX 75022**
    City        State    ZIP Code

    **Denton**
    County

    **What is the property?** Check all that apply.
    ☑ Single-family home
    ☐ Duplex or multi-unit building
    ☐ Condominium or cooperative
    ☐ Manufactured or mobile home
    ☐ Land
    ☐ Investment property
    ☐ Timeshare
    ☐ Other _____

    **Who has an interest in the property?** Check one.
    ☐ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☑ At least one of the debtors and another

    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

    | Current value of the entire property? | Current value of the portion you own? |
    |---|---|
    | $1,200,000.00 | $1,200,000.00 |

    **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

    **Homestead**

    ☐ **Check if this is community property** (see instructions)

    **Other information you wish to add about this item, such as local property identification number:** _____

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ...............................................➜  | **$1,200,000.00** |

### Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

    ☐ No
    ☑ Yes

3.1 Make: **GMC**

Model:

Year: **2017**

Approximate mileage: **114000**

Other information:

**VIN: 1GKKNXLSXHZ260353**

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $15,000.00 | $15,000.00 |

If you own or have more than one, describe here:

3.2 Make: **Buick**

Model:

Year: **2025**

Approximate mileage: **5600**

Other information:

**VIN: KL47LCEP3SB194425**

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $25,000.00 | $25,000.00 |

3.3 Make: **BMW**

Model: **X5**

Year: **2026**

Approximate mileage:

Other information:

**VIN: KL47LCEP3SB194425**

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $60,000.00 | $60,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1 Make:

Model:

Year:

Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
|  |  |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ............................................................................... ➡ | $100,000.00 |

| Part 3: | Describe Your Personal and Household Items |
|---|---|

Debtor   **Lemon, Kent Paul**                                                                 Case number *(if known)* _____

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**

*Examples:*  Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe. .........    | **See Attached.** | **$23,651.00**

7. **Electronics**

*Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe. .........    | **See Attached.** | **$200.00**

8. **Collectibles of value**

*Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No

☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

*Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

☑ Yes. Describe. .........    | **polo** | **$100.00**

10. **Firearms**

*Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

☑ No

☐ Yes. Describe. .........

11. **Clothes**

*Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe. .........    | **See Attached.** | **$1,453.00**

12. **Jewelry**

*Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe. .........    | **See Attached.** | **$1,350.00**

Debtor **Lemon, Kent Paul**                                    Case number *(if known)* _____

---

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe. .........

    |  |  |
    |---|---|
    |  |  |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No

    ☑ Yes. Give specific information. ............   **Office Furniture**                      $500.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................................  →   $27,254.00

---

## Part 4:   Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No

    ☐ Yes ...........................................................................................................  Cash: ...................  _____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes ....................            Institution name:

|  |  |  |
|---|---|---|
| 17.1. Checking account: | **Chase**<br>**Account Number: XXXXXX8913** | $129.18 |
| 17.2. Checking account: | **Chase - Business**<br><br>**Account Number: XXXXX9610** | $93.30 |
| 17.3. Checking account: | **Wells Fargo**<br>**Account Number: XXXXXX4725** | $1,601.21 |
| 17.4. Checking account: | **Wells Fargo - Business**<br>**Account Number: XXXXXX1161** | $997.13 |
| 17.5. Savings account: | **Wells Fargo**<br>**Account Number: XXXXXX1179** | $3,200.00 |
| 17.6. Savings account: | **Wells Fargo**<br>**Account Number: XXXXXX7766** | $50.00 |

---

Official Form 106A/B                    **Schedule A/B: Property**                    page

Debtor **Lemon, Kent Paul**                                            Case number *(if known)*

---

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

    ☐ No

    ☑ Yes ....................  Institution or issuer name:

    **Brokerage Account x82698559**                                           **unknown**

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No

    ☑ Yes. Give specific
    information about
    them....................  Name of entity:                              % of ownership:

    **Simplicity Consulting Services, LLC**                    **100.00%**      **$10,000.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific
    information about
    them....................  Issuer name:

21. **Retirement or pension accounts**

    *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No

    ☑ Yes. List each
    account separately.  Type of account:        Institution name:

    Retirement account:   **US Bank Pension**                                  **unknown**

---

Official Form 106A/B                    **Schedule A/B: Property**                          page

Debtor  **Lemon, Kent Paul**                                                    Case number *(if known)* _____

---

22.  **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes .....................          Institution name or individual:

      Electric:          _____          _____

      Gas:          _____          _____

      Heating oil:          _____          _____

      Security deposit on rental unit:          _____          _____

      Prepaid rent:          _____          _____

      Telephone:          _____          _____

      Water:          _____          _____

      Rented furniture:          _____          _____

      Other:          _____          _____

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes .....................          Issuer name and description:

      _____          _____

      _____          _____

      _____          _____

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes .....................          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

      _____          _____

      _____          _____

      _____          _____

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them. ...          _____

---

Debtor **Lemon, Kent Paul**                                    Case number *(if known)* _____

---

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

   *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

   ☑ No

   ☐ Yes. Give specific
   information about them. ...          [                              ]          _____

27.  **Licenses, franchises, and other general intangibles**

   *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

   ☑ No

   ☐ Yes. Give specific
   information about them. ...          [                              ]          _____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28.  **Tax refunds owed to you**

   ☑ No

   ☐ Yes. Give specific information about
   them, including whether you
   already filed the returns and
   the tax years. ....................

   Federal:          _____
   State:            _____
   Local:            _____

29.  **Family support**

   *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
   settlement

   ☑ No

   ☐ Yes. Give specific information. ........

   Alimony:               _____
   Maintenance:           _____
   Support:               _____
   Divorce settlement:    _____
   Property settlement:   _____

30.  **Other amounts someone owes you**

   *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
   Social Security benefits; unpaid loans you made to someone else

   ☑ No

   ☐ Yes. Give specific information. ........          _____

---

Official Form 106A/B                    **Schedule A/B: Property**                    page

Debtor **Lemon, Kent Paul**                    Case number *(if known)* _____

---

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No

    ☑ Yes. Name the insurance company
       of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | **American National** | | **$250,000.00** |
    | **ReliaStar** | | **$275,793.00** |
    | **Swift Term Select - $2,000,000 Death Benefit** | | **$0.00** |

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ................................................................................................... ➜ | **$541,863.82** |

---

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

---

Official Form 106A/B                    **Schedule A/B: Property**                    page

Debtor **Lemon, Kent Paul** _____     Case number *(if known)* _____

---

38.  **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. ......... _____

39.  **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. ......... _____

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. ......... _____

41.  **Inventory**

☑ No

☐ Yes. Describe. ......... _____

42.  **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                                  % of ownership:

_____        _____        _____

_____        _____        _____

_____        _____        _____

43.  **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

   ☐ No

   ☐ Yes. Describe. ......... _____

Debtor  **Lemon, Kent Paul**                                        Case number *(if known)* _____

---

44.  **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
   information .........

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
     for Part 5. Write that number here** ..................................................................................................... ➜   | $0.00 |

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

> **Current value of the
> portion you own?**
> Do not deduct secured
> claims or exemptions.

47.  **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ........................    _____

48.  **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
   information. ............    _____

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ........................    _____

50.  **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ........................    _____

---

Official Form 106A/B                 **Schedule A/B: Property**                          page

Debtor  **Lemon, Kent Paul**    Case number *(if known)* _____

---

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific
    information. ............    _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................................➔    **$0.00**

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No

    ☐ Yes. Give specific
    information. ............    _____
    _____
    _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................➔    **$0.00**

---

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ........................................................................................➔    **$1,200,000.00**

56. **Part 2: Total vehicles, line 5**    **$100,000.00**

57. **Part 3: Total personal and household items, line 15**    **$27,254.00**

58. **Part 4: Total financial assets, line 36**    **$541,863.82**

59. **Part 5: Total business-related property, line 45**    **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**    **$0.00**

61. **Part 7: Total other property not listed, line 54**    **+**    **$0.00**

62. **Total personal property.** Add lines 56 through 61. ...............    **$669,117.82**    Copy personal property total ➔    **+    $669,117.82**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ......................................................    **$1,869,117.82**

---

Official Form 106A/B    **Schedule A/B: Property**    page

Debtor **Lemon, Kent Paul**                                          Case number *(if known)* _____

████████   Continuation Page

| 6. | Household goods and furnishings | |
|---|---|---|
| | | **$600.00** |
| | 2 chairs | **$30.00** |
| | Adirondack chairs and table | **$100.00** |
| | air filters | **$30.00** |
| | air mattress | **$30.00** |
| | air pods | **$20.00** |
| | apple tv | **$25.00** |
| | apple TV | **$25.00** |
| | apple TV | **$25.00** |
| | area rug | **$20.00** |
| | armoire | **$40.00** |
| | back credenza | **$75.00** |
| | back storage rack | **$30.00** |
| | back wall décor | **$75.00** |
| | baking dishes | **$30.00** |
| | baking dishes | **$60.00** |
| | baking sheets | **$40.00** |
| | bar stools | **$40.00** |
| | bar utensils | **$50.00** |
| | bar | **$200.00** |
| | barrel small bar | **$100.00** |
| | barrel table | **$100.00** |
| | barstools | **$90.00** |
| | barstools | **$50.00** |
| | basket | **$2.00** |
| | baskets | **$20.00** |
| | baskets | **$70.00** |
| | bedding | **$75.00** |
| | beverage refrigerator | **$50.00** |

Official Form 106A/B                    **Schedule A/B: Property**                    page

| | |
|---|---|
| **bins** | **$50.00** |
| **black table cloths** | **$30.00** |
| **blood pressure machine** | **$10.00** |
| **blower** | **$50.00** |
| **board games/puzzles** | **$40.00** |
| **bookcases** | **$40.00** |
| **books** | **$35.00** |
| **books** | **$4.00** |
| **breadbox** | **$10.00** |
| **buffet** | **$50.00** |
| **cabinet above toilet** | **$10.00** |
| **cabinet above toilet** | **$20.00** |
| **cabinet above toilet** | **$20.00** |
| **cabinet above toilet** | **$20.00** |
| **cabinet** | **$10.00** |
| **candles and plug ins** | **$40.00** |
| **car topper storage** | **$50.00** |
| **center piece with candles** | **$25.00** |
| **chair** | **$10.00** |
| **chair** | **$40.00** |
| **chair** | **$25.00** |
| **chairs** | **$100.00** |
| **chairs** | **$80.00** |
| **chairs** | **$240.00** |
| **chairs** | **$30.00** |
| **chairs** | **$80.00** |
| **chest** | **$20.00** |
| **Christmas décor** | **$400.00** |
| **Christmas decorations** | **$300.00** |
| **Christmas tree** | **$50.00** |

Debtor **Lemon, Kent Paul**                                          Case number *(if known)* _____

| Continuation Page | |
|---|---|
| **cleaning supplies and towels** | **$40.00** |
| **cleaning supplies in cabinet** | **$40.00** |
| **cleaning supplies** | **$2.00** |
| **cleaning supplies** | **$20.00** |
| **cleaning tools** | **$30.00** |
| **coasters sets** | **$5.00** |
| **coat rack** | **$10.00** |
| **coats** | **$40.00** |
| **coffee maker** | **$200.00** |
| **coffee table** | **$50.00** |
| **coffee/ espresso/ late mugs and saucers** | **$150.00** |
| **coke a cola cooler** | **$50.00** |
| **coke a cola décor** | **$600.00** |
| **convection oven** | **$70.00** |
| **cooking bowls** | **$100.00** |
| **cooler** | **$25.00** |
| **couch** | **$300.00** |
| **couch** | **$100.00** |
| **craft projector** | **$10.00** |
| **crafting supplies** | **$200.00** |
| **Cricut cabinet** | **$25.00** |
| **Cricut** | **$50.00** |
| **curtains** | **$80.00** |
| **curtains** | **$40.00** |
| **curtains** | **$40.00** |
| **curtains** | **$40.00** |
| **cutting boards** | **$50.00** |
| **decanter set** | **$50.00** |
| **décor above door** | **$50.00** |
| **décor stair landing** | **$50.00** |

Official Form 106A/B                    **Schedule A/B: Property**                    page

Debtor **Lemon, Kent Paul**                                        Case number *(if known)*

Continuation Page

| | |
|---|---|
| **décor** | **$100.00** |
| **décor** | **$40.00** |
| **décor** | **$100.00** |
| **décor** | **$30.00** |
| **décor** | **$150.00** |
| **décor** | **$100.00** |
| **décor** | **$20.00** |
| **décor** | **$30.00** |
| **décor** | **$50.00** |
| **décor** | **$200.00** |
| **décor** | **$100.00** |
| **Decorations** | **$150.00** |
| **desk pictures** | **$20.00** |
| **desk** | **$50.00** |
| **desk** | **$75.00** |
| **dirt** | **$10.00** |
| **dishes** | **$200.00** |
| **dishtowels/pot holders/ etc.** | **$30.00** |
| **dishwasher** | **$100.00** |
| **Disney décor for room** | **$400.00** |
| **dog bed** | **$5.00** |
| **dog bed** | **$10.00** |
| **dog bed** | **$5.00** |
| **dog bowls (water/food)** | **$20.00** |
| **dog gate** | **$5.00** |
| **dog leashes and supplies** | **$30.00** |
| **dog supplies** | **$20.00** |
| **dresser** | **$25.00** |
| **dresser** | **$30.00** |
| **dresser** | **$40.00** |

Debtor **Lemon, Kent Paul**                                    Case number *(if known)* _____

| | |
|---|---|
| Continuation Page | |

| | |
|---|---:|
| **dresser** | **$80.00** |
| **Drink containers** | **$40.00** |
| **dryer** | **$200.00** |
| **DVD player`** | **$20.00** |
| **Eero mesh network receiver** | **$0.00** |
| **EERO Mesh system** | **$50.00** |
| **Eero** | **$50.00** |
| **electric fireplace** | **$50.00** |
| **electric piano (stored)** | **$40.00** |
| **electrical cords** | **$60.00** |
| **end table** | **$30.00** |
| **end tables** | **$120.00** |
| **entertaining boat** | **$20.00** |
| **entertaining dishes/serving tray** | **$60.00** |
| **extra linens** | **$10.00** |
| **extra pillows** | **$25.00** |
| **family memories** | **unknown** |
| **family photos and memory boxes** | **unknown** |
| **Family VHS tapes** | **$20.00** |
| **filling cabinet** | **$50.00** |
| **fire pit** | **$80.00** |
| **flower pots** | **$80.00** |
| **foot stool** | **$20.00** |
| **freezer** | **$50.00** |
| **full bed** | **$100.00** |
| **full bed** | **$100.00** |
| **garbage can** | **$20.00** |
| **garbage cans** | **$15.00** |
| **gift wrapping supplies** | **$40.00** |
| **glasses set of 12** | **$50.00** |

Debtor **Lemon, Kent Paul**                                                    Case number *(if known)* _____

| | |
|---|---|
| ■ | Continuation Page |

| | |
|---|---|
| **glassware** | **$400.00** |
| **gravy bowls** | **$10.00** |
| **gumball machine** | **$40.00** |
| **hair trimmer** | **$20.00** |
| **hair trimmer** | **$20.00** |
| **hall pictures** | **$20.00** |
| **hallway décor** | **$10.00** |
| **hallway pictures** | **$50.00** |
| **hand held kitchen misc. (juicer, shredder, etc.)** | **$30.00** |
| **heater** | **$20.00** |
| **holiday décor** | **$300.00** |
| **holiday metal signs and décor** | **$200.00** |
| **iPad** | **unknown** |
| **ironing board / iron** | **$20.00** |
| **Kent's dad's military funeral flag** | **unknown** |
| **kids memory boxes** | **unknown** |
| **knickknacks** | **$16.00** |
| **knifes - 1 set and few misc.** | **$70.00** |
| **ladders** | **$100.00** |
| **lamp** | **$10.00** |
| **lamp** | **$10.00** |
| **lamp** | **$15.00** |
| **lamp** | **$10.00** |
| **lamp** | **$10.00** |
| **lamps** | **$50.00** |
| **lamps** | **$25.00** |
| **lanterns** | **$20.00** |
| **laundry bins** | **$10.00** |
| **lawn mower** | **$50.00** |
| **Lemon furniture storage chest** | **$40.00** |

Debtor **Lemon, Kent Paul**                                    Case number *(if known)* _____

Continuation Page

| | |
|---|---:|
| **lights** | **$40.00** |
| **lights** | **$40.00** |
| **linens** | **$20.00** |
| **linens** | **$200.00** |
| **linens** | **$50.00** |
| **luggage** | **$40.00** |
| **luggage** | **$50.00** |
| **masters fold up chair** | **$40.00** |
| **metal cabinet** | **$50.00** |
| **metal cabinet** | **$50.00** |
| **metal shelving** | **$60.00** |
| **metal shelving** | **$60.00** |
| **mirror** | **$40.00** |
| **mirror** | **$10.00** |
| **mirror** | **$1.00** |
| **misc. balls and rackets** | **$400.00** |
| **misc. birthday shelf items** | **$100.00** |
| **misc. décor** | **$150.00** |
| **misc. décor** | **$100.00** |
| **misc. décor** | **$150.00** |
| **misc. desk décor** | **$100.00** |
| **misc. desk supplies** | **$40.00** |
| **misc. murphy door bookshelf décor** | **$100.00** |
| **misc. paint and chemicals** | **$100.00** |
| **misc. plastic glasses** | **$2.00** |
| **misc. supplies** | **$20.00** |
| **misc. toys** | **$40.00** |
| **misc. toys** | **$130.00** |
| **night stands** | **$30.00** |
| **nightstand** | **$30.00** |

Debtor **Lemon, Kent Paul** Case number *(if known)*

---

| | Continuation Page |
|---|---|

| | |
|---|---|
| **non working coke machine old** | **$20.00** |
| **office supplies** | **$40.00** |
| **old curio cabinet** | **$30.00** |
| **old curtains** | **$40.00** |
| **old laptop** | **$20.00** |
| **old phone not working** | **$20.00** |
| **old table and chairs** | **$50.00** |
| **outdoor metal patio** | **$100.00** |
| **outside décor** | **$150.00** |
| **outside plastic storage container** | **$20.00** |
| **outside solar sign** | **$40.00** |
| **outside storage containers** | **$100.00** |
| **pac man game center/ with stool** | **$100.00** |
| **patio furniture** | **$200.00** |
| **pencil sharpener** | **$5.00** |
| **picture** | **$30.00** |
| **picture** | **$20.00** |
| **picture** | **$20.00** |
| **pictures** | **$300.00** |
| **pictures** | **$130.00** |
| **pictures** | **$100.00** |
| **pictures/mirror** | **$20.00** |
| **pillows** | **$20.00** |
| **pillows/blanket** | **$100.00** |
| **pitchers** | **$25.00** |
| **pizza oven** | **$100.00** |
| **poolin embroidery machine** | **$200.00** |
| **pop up tent** | **$40.00** |
| **popcorn machine** | **$50.00** |
| **pots and pans with lids** | **$200.00** |

Official Form 106A/B **Schedule A/B: Property** page

Debtor **Lemon, Kent Paul** Case number *(if known)* _____

Continuation Page

| | |
|---|---|
| serving pieces | $200.00 |
| set of 12 dishes (bowls, plates, salad plates, serving bowls) | $200.00 |
| set of 6 towel sets | $10.00 |
| sewing machine | $25.00 |
| shark vacuum | $50.00 |
| shovels | $25.00 |
| shower curtain | $10.00 |
| shower curtain | $10.00 |
| shredder | $20.00 |
| side table | $25.00 |
| side tables | $120.00 |
| silverware - set of 24 | $50.00 |
| silverware set | $100.00 |
| slot machine/ with step | $400.00 |
| sm appliances | $150.00 |
| sm rug by back door | $5.00 |
| small counter mirror | $5.00 |
| small drink tables | $40.00 |
| small drink tables | $30.00 |
| small garbage can | $10.00 |
| small hand tools | $100.00 |
| small kitchen appliances | $175.00 |
| small power tools | $75.00 |
| small rug | $5.00 |
| small step stool | $10.00 |
| snowcone machine | $40.00 |
| sofa table | $50.00 |
| sofa table | $25.00 |
| speaker | $50.00 |
| speaker | $30.00 |
| speakers | $50.00 |
| Speakers/audio system | $50.00 |
| stadium seats | $40.00 |
| steamer | $20.00 |
| stool | $10.00 |

| Item | Value |
|------|------:|
| storage containers | $40.00 |
| storage misc. décor | $100.00 |
| subwoofer | $50.00 |
| table décor | $50.00 |
| table | $100.00 |
| table | $20.00 |
| Table | $75.00 |
| toddler bed | $20.00 |
| Tool bench | $200.00 |
| towel set | $20.00 |
| towels set | $30.00 |
| towels | $5.00 |
| Trager flatstone | $200.00 |
| Trager | $200.00 |
| trimmer/edger | $30.00 |
| TV | $25.00 |
| TV | $75.00 |
| tv cabinet | $200.00 |
| TV | $40.00 |
| TV | $40.00 |
| TV | unknown |
| TV | $40.00 |
| TV | $60.00 |
| TV's | $80.00 |
| utensils | $50.00 |
| vacuum | $50.00 |
| vacuum | $30.00 |
| wall décor | $100.00 |
| wall décor | $120.00 |
| wall décor/pictures | $40.00 |
| wall hanging | $25.00 |
| wall hanging | $100.00 |
| wall picture | $75.00 |
| wall shelves | $80.00 |
| Washer | $200.00 |
| water can | $10.00 |
| water hoses | $30.00 |
| watering can | $10.00 |
| welcome sign | $10.00 |

| | |
|---|---|
| welcome sign | $10.00 |
| wheel barrel | $10.00 |
| wheel chair | $20.00 |
| wine glasses | $30.00 |
| wine rack | $25.00 |
| wine refrigerator | $200.00 |
| wreath | $20.00 |
| wreaths | $50.00 |
| yeti and water bottles | $200.00 |

**7.** **Electronics**

| | |
|---|---|
| computer | unknown |
| computer | $200.00 |
| iPhone | unknown |
| laptop | unknown |

**11.** **Clothes**

| | |
|---|---|
| athletic shirts, athletic shorts / sleep shorts, socks | $78.00 |
| bags | $40.00 |
| belts | $40.00 |
| cots | $50.00 |
| hats | $50.00 |
| Kent's sweaters | $75.00 |
| pants<br>dress shirts<br>shoes<br>coats | $780.00 |
| shorts | $130.00 |
| suits | $100.00 |
| vests | $110.00 |

**12.** **Jewelry**

| | |
|---|---|
| apple watch | $50.00 |
| reg watch | $600.00 |
| wedding ring | $700.00 |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Kent**      **Paul**      **Lemon** |
| | First Name     Middle Name     Last Name |
| Debtor 2 (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | **Eastern**    District of    **Texas** |
| Case number (if known) | |

❑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **616 Heritage Lane Flower Mound, TX 75022** <br><br> Line from *Schedule A/B:* **1.1** | **$1,200,000.00** | ☑   **$458,463.25** <br><br> ❑ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ❑ No

       ❑ Yes

Official Form 106C      **Schedule C: The Property You Claim as Exempt**      page of ___

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2017 GMC**<br>VIN: **1GKKNXLSXHZ260353**<br>Line from *Schedule A/B:* **3.1** | **$15,000.00** | ☑ **$15,000.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **2025 Buick**<br>VIN: **KL47LCEP3SB194425**<br>Line from *Schedule A/B:* **3.2** | **$25,000.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **2026 BMW X5**<br>VIN: **KL47LCEP3SB194425**<br>Line from *Schedule A/B:* **3.3** | **$60,000.00** | ☑ **$34,500.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **couch**<br>Line from *Schedule A/B:* **6** | **$300.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **recliner**<br>Line from *Schedule A/B:* **6** | **$50.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **coffee table**<br>Line from *Schedule A/B:* **6** | **$50.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **end tables**<br>Line from *Schedule A/B:* **6** | **$120.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **sofa table**<br>Line from *Schedule A/B:* **6** | **$50.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Official Form 106C                    **Schedule C: The Property You Claim as Exempt**                    page ___ of ___

Debtor 1 **Kent** **Paul** **Lemon** Case number *(if known)* _____

First Name    Middle Name    Last Name

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **area rug**<br>Line from *Schedule A/B:* **6** | **$20.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **foot stool**<br>Line from *Schedule A/B:* **6** | **$20.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **curtains**<br>Line from *Schedule A/B:* **6** | **$80.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Washer**<br>Line from *Schedule A/B:* **6** | **$200.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **dryer**<br>Line from *Schedule A/B:* **6** | **$200.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **wall hanging**<br>Line from *Schedule A/B:* **6** | **$25.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **décor**<br>Line from *Schedule A/B:* **6** | **$30.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **laundry bins**<br>Line from *Schedule A/B:* **6** | **$10.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **ironing board / iron**<br>Line from *Schedule A/B:* **6** | **$20.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **vacuum**<br>Line from *Schedule A/B:* **6** | **$50.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **cleaning supplies and towels**<br>Line from *Schedule A/B:* **6** | **$40.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **candles and plug ins**<br>Line from *Schedule A/B:* **6** | **$40.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **baskets**<br>Line from *Schedule A/B:* **6** | $20.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Rug**<br>Line from *Schedule A/B:* **6** | $5.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **dog supplies**<br>Line from *Schedule A/B:* **6** | $20.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **picture**<br>Line from *Schedule A/B:* **6** | $20.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **small kitchen appliances**<br>Line from *Schedule A/B:* **6** | $175.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **bins**<br>Line from *Schedule A/B:* **6** | $50.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **entertaining dishes/serving tray**<br>Line from *Schedule A/B:* **6** | $60.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **baking dishes**<br>Line from *Schedule A/B:* **6** | $30.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **storage containers**<br>Line from *Schedule A/B:* **6** | $40.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **small garbage can**<br>Line from *Schedule A/B:* **6** | $10.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **small step stool**<br>Line from *Schedule A/B:* **6** | $10.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Table**<br>Line from *Schedule A/B:* **6** | $75.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **chairs**<br>Line from *Schedule A/B:* **6** | $100.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **picture** | $20.00 | ☑ $0.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Line from Schedule A/B: __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **sm rug by back door** | **$5.00** | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **curtains** | **$40.00** | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **runner** | **$30.00** | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **breadbox** | **$10.00** | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **décor** | **$150.00** | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **silverware - set of 24** | **$50.00** | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **cutting boards** | **$50.00** | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **knifes - 1 set and few misc.** | **$70.00** | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **utensils** | **$50.00** | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **hand held kitchen misc. (juicer, shredder, etc.)** | **$30.00** | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **dishtowels/pot holders/ etc.** | **$30.00** | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **pots and pans with lids** | **$200.00** | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **cooking bowls** <br> Line from *Schedule A/B:* **6** | $100.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **baking dishes** <br> Line from *Schedule A/B:* **6** | $60.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **set of 12 dishes (bowls, plates, salad plates, serving bowls)** <br> Line from *Schedule A/B:* **6** | $200.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **gravy bowls** <br> Line from *Schedule A/B:* **6** | $10.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **convection oven** <br> Line from *Schedule A/B:* **6** | $70.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **coffee/ espresso/ late mugs and saucers** <br> Line from *Schedule A/B:* **6** | $150.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **glasses set of 12** <br> Line from *Schedule A/B:* **6** | $50.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **yeti and water bottles** <br> Line from *Schedule A/B:* **6** | $200.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **misc. plastic glasses** <br> Line from *Schedule A/B:* **6** | $2.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **coffee maker** <br> Line from *Schedule A/B:* **6** | $200.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **wine glasses** <br> Line from *Schedule A/B:* **6** | $30.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **serving dishes** <br> Line from *Schedule A/B:* **6** | $300.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **pitchers** <br> Line from *Schedule A/B:* **6** | $25.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **baking sheets** <br> Line from Schedule A/B: **6** | $40.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **refrigerator** <br> Line from Schedule A/B: **6** | $100.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **barstools** <br> Line from Schedule A/B: **6** | $90.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **dog bowls (water/food)** <br> Line from Schedule A/B: **6** | $20.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **wreath** <br> Line from Schedule A/B: **6** | $20.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **dog gate** <br> Line from Schedule A/B: **6** | $5.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **dishwasher** <br> Line from Schedule A/B: **6** | $100.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **sm appliances** <br> Line from Schedule A/B: **6** | $150.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **table** <br> Line from Schedule A/B: **6** | $100.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **chairs** <br> Line from Schedule A/B: **6** | $240.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **center piece with candles** <br> Line from Schedule A/B: **6** | $25.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **linens** <br> Line from Schedule A/B: **6** | $200.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **décor** <br> Line from Schedule A/B: **6** | $100.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **wine refrigerator** | $200.00 | ☑ $0.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **silverware set** | $100.00 | ☑ __$0.00__ | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **curtains** | $40.00 | ☑ __$0.00__ | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **glassware** | $400.00 | ☑ __$0.00__ | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **dishes** | $200.00 | ☑ __$0.00__ | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **serving pieces** | $200.00 | ☑ __$0.00__ | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **bar utensils** | $50.00 | ☑ __$0.00__ | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **decanter set** | $50.00 | ☑ __$0.00__ | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **buffet** | $50.00 | ☑ __$0.00__ | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **picture** | $30.00 | ☑ __$0.00__ | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **shark vacuum** | $50.00 | ☑ __$0.00__ | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **table** | $20.00 | ☑ __$0.00__ | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **lamp** | $10.00 | ☑ __$0.00__ | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **rug** | $30.00 | ☑ __$0.00__ | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description: **dog leashes and supplies** <br> Line from *Schedule A/B:* **6** | $30.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **décor** <br> Line from *Schedule A/B:* **6** | $20.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **coats** <br> Line from *Schedule A/B:* **6** | $40.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **basket** <br> Line from *Schedule A/B:* **6** | $2.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **vacuum** <br> Line from *Schedule A/B:* **6** | $30.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **cabinet** <br> Line from *Schedule A/B:* **6** | $10.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **electric piano (stored)** <br> Line from *Schedule A/B:* **6** | $40.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **luggage** <br> Line from *Schedule A/B:* **6** | $40.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **outside décor** <br> Line from *Schedule A/B:* **6** | $150.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **welcome sign** <br> Line from *Schedule A/B:* **6** | $10.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **welcome sign** <br> Line from *Schedule A/B:* **6** | $10.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **flower pots** <br> Line from *Schedule A/B:* **6** | $80.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **watering can** <br> Line from *Schedule A/B:* **6** | $10.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **outside solar sign** | $40.00 | ☑ $0.00 | | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Line from Schedule A/B: **6** | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **décor above door** | $50.00 | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: **6** | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **décor stair landing** | $50.00 | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: **6** | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **desk** | $75.00 | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: **6** | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **back credenza** | $75.00 | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: **6** | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **filling cabinet** | $50.00 | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: **6** | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **shredder** | $20.00 | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: **6** | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **TV** | $25.00 | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: **6** | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **chairs** | $30.00 | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: **6** | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **side table** | $25.00 | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: **6** | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **bookcases** | $40.00 | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: **6** | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **pictures** | $300.00 | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: **6** | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **coke a cola décor** | $600.00 | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: **6** | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **masters fold up chair** | $40.00 | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from Schedule A/B: **6** | | ☐ 100% of fair market value, up to any applicable statutory limit | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **speaker** <br> Line from *Schedule A/B:* **6** | **$50.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **dog bed** <br> Line from *Schedule A/B:* **6** | **$5.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **pencil sharpener** <br> Line from *Schedule A/B:* **6** | **$5.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Eero mesh network receiver** <br> Line from *Schedule A/B:* **6** | **$0.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **misc. décor** <br> Line from *Schedule A/B:* **6** | **$150.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **iPad** <br> Line from *Schedule A/B:* **6** | **unknown** | ☑ **unknown** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **printer** <br> Line from *Schedule A/B:* **6** | **unknown** | ☑ **unknown** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **books** <br> Line from *Schedule A/B:* **6** | **$4.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **air pods** <br> Line from *Schedule A/B:* **6** | **$20.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **office supplies** <br> Line from *Schedule A/B:* **6** | **$40.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **apple tv** <br> Line from *Schedule A/B:* **6** | **$25.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **queen bed** <br> Line from *Schedule A/B:* **6** | **$200.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **night stands** <br> Line from *Schedule A/B:* **6** | **$30.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **dresser** <br> Line from *Schedule A/B:* **6** | **$25.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description: **chairs** <br> Line from Schedule A/B: **6** | $80.00 | ☑ $0.00 | ❏ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **rug** <br> Line from Schedule A/B: **6** | $20.00 | ☑ $0.00 | ❏ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **TV** <br> Line from Schedule A/B: **6** | $40.00 | ☑ $0.00 | ❏ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **apple TV** <br> Line from Schedule A/B: **6** | $25.00 | ☑ $0.00 | ❏ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **armoire** <br> Line from Schedule A/B: **6** | $40.00 | ☑ $0.00 | ❏ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **mirror** <br> Line from Schedule A/B: **6** | $40.00 | ☑ $0.00 | ❏ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **DVD player`** <br> Line from Schedule A/B: **6** | $20.00 | ☑ $0.00 | ❏ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **décor** <br> Line from Schedule A/B: **6** | $100.00 | ☑ $0.00 | ❏ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **dog bed** <br> Line from Schedule A/B: **6** | $10.00 | ☑ $0.00 | ❏ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Household goods** <br> Line from Schedule A/B: **6** | $600.00 | ☑ $0.00 | ❏ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **set of 6 towel sets** <br> Line from Schedule A/B: **6** | $10.00 | ☑ $0.00 | ❏ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **rugs** <br> Line from Schedule A/B: **6** | $4.00 | ☑ $0.00 | ❏ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **cleaning supplies** <br> Line from Schedule A/B: **6** | $2.00 | ☑ $0.00 | ❏ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **cabinet above toilet** <br> Line from Schedule A/B: **6** | $10.00 | ☑ $0.00 | ❏ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **scale**<br>Line from Schedule A/B: **6** | $10.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **blood pressure machine**<br>Line from Schedule A/B: **6** | $10.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **hair trimmer**<br>Line from Schedule A/B: **6** | $20.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **hair trimmer**<br>Line from Schedule A/B: **6** | $20.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **small counter mirror**<br>Line from Schedule A/B: **6** | $5.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **garbage cans**<br>Line from Schedule A/B: **6** | $15.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **runner in closet**<br>Line from Schedule A/B: **6** | $30.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **steamer**<br>Line from Schedule A/B: **6** | $20.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **décor**<br>Line from Schedule A/B: **6** | $40.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **quarter zips**<br>Line from Schedule A/B: **6** | $200.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **dresser**<br>Line from Schedule A/B: **6** | $30.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **misc. birthday shelf items**<br>Line from Schedule A/B: **6** | $100.00 | ☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **family photos and memory boxes**<br>Line from Schedule A/B: **6** | unknown | ☑ **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description: **luggage** Line from Schedule A/B: **6** | **$50.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **air mattress** Line from Schedule A/B: **6** | **$30.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **full bed** Line from Schedule A/B: **6** | **$100.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **bedding** Line from Schedule A/B: **6** | **$75.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **dresser** Line from Schedule A/B: **6** | **$40.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **chest** Line from Schedule A/B: **6** | **$20.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **nightstand** Line from Schedule A/B: **6** | **$30.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **TV** Line from Schedule A/B: **6** | **$40.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **mirror** Line from Schedule A/B: **6** | **$10.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **chair** Line from Schedule A/B: **6** | **$10.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **lamp** Line from Schedule A/B: **6** | **$10.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **gift wrapping supplies** Line from Schedule A/B: **6** | **$40.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Disney décor for room** Line from Schedule A/B: **6** | **$400.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description: **board games/puzzles** Line from Schedule A/B: **6** | **$40.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **misc. toys** Line from Schedule A/B: **6** | **$40.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **storage misc. décor** Line from Schedule A/B: **6** | **$100.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **linens** Line from Schedule A/B: **6** | **$20.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **lanterns** Line from Schedule A/B: **6** | **$20.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **black table cloths** Line from Schedule A/B: **6** | **$30.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **toddler bed** Line from Schedule A/B: **6** | **$20.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **towels set** Line from Schedule A/B: **6** | **$30.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **décor** Line from Schedule A/B: **6** | **$100.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **cabinet above toilet** Line from Schedule A/B: **6** | **$20.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **shower curtain** Line from Schedule A/B: **6** | **$10.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **hall pictures** Line from Schedule A/B: **6** | **$20.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **hallway pictures** Line from Schedule A/B: **6** | **$50.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description: **hallway décor** Line from Schedule A/B: **6** | $10.00 | ☑ | $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **desk** Line from Schedule A/B: **6** | $50.00 | ☑ | $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **back wall décor** Line from Schedule A/B: **6** | $75.00 | ☑ | $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **chair** Line from Schedule A/B: **6** | $40.00 | ☑ | $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **old laptop** Line from Schedule A/B: **6** | $20.00 | ☑ | $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **lamp** Line from Schedule A/B: **6** | $15.00 | ☑ | $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Cricut** Line from Schedule A/B: **6** | $50.00 | ☑ | $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Cricut cabinet** Line from Schedule A/B: **6** | $25.00 | ☑ | $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **pictures/mirror** Line from Schedule A/B: **6** | $20.00 | ☑ | $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **crafting supplies** Line from Schedule A/B: **6** | $200.00 | ☑ | $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **TV** Line from Schedule A/B: **6** | unknown | ☑ | **unknown** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **baskets** Line from Schedule A/B: **6** | $70.00 | ☑ | $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **lamp** Line from Schedule A/B: **6** | $10.00 | ☑ | $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Family VHS tapes** Line from Schedule A/B: **6** | $20.00 | ☑ | $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **heater** / Line from Schedule A/B: 6 | $20.00 | ☑ $0.00 / ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **extra pillows** / Line from Schedule A/B: 6 | $25.00 | ☑ $0.00 / ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **extra linens** / Line from Schedule A/B: 6 | $10.00 | ☑ $0.00 / ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **craft projector** / Line from Schedule A/B: 6 | $10.00 | ☑ $0.00 / ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **towel set** / Line from Schedule A/B: 6 | $20.00 | ☑ $0.00 / ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **cabinet above toilet** / Line from Schedule A/B: 6 | $20.00 | ☑ $0.00 / ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **shower curtain** / Line from Schedule A/B: 6 | $10.00 | ☑ $0.00 / ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **décor** / Line from Schedule A/B: 6 | $30.00 | ☑ $0.00 / ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **rugs** / Line from Schedule A/B: 6 | $15.00 | ☑ $0.00 / ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **cleaning supplies** / Line from Schedule A/B: 6 | $20.00 | ☑ $0.00 / ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **full bed** / Line from Schedule A/B: 6 | $100.00 | ☑ $0.00 / ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **linens** / Line from Schedule A/B: 6 | $50.00 | ☑ $0.00 / ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **dresser** / Line from Schedule A/B: 6 | $80.00 | ☑ $0.00 / ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **mirror** / Line from Schedule A/B: 6 | $1.00 | ☑ $0.00 / ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|

**Brief description:** stool

**Line from Schedule A/B:** 6

Current value: $10.00

☑ $0.00
☐ 100% of fair market value, up to any applicable statutory limit

Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)

---

**Brief description:** wall décor/pictures

**Line from Schedule A/B:** 6

Current value: $40.00

☑ $0.00
☐ 100% of fair market value, up to any applicable statutory limit

Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)

---

**Brief description:** TV

**Line from Schedule A/B:** 6

Current value: $40.00

☑ $0.00
☐ 100% of fair market value, up to any applicable statutory limit

Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)

---

**Brief description:** small rug

**Line from Schedule A/B:** 6

Current value: $5.00

☑ $0.00
☐ 100% of fair market value, up to any applicable statutory limit

Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)

---

**Brief description:** lamps

**Line from Schedule A/B:** 6

Current value: $25.00

☑ $0.00
☐ 100% of fair market value, up to any applicable statutory limit

Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)

---

**Brief description:** knickknacks

**Line from Schedule A/B:** 6

Current value: $16.00

☑ $0.00
☐ 100% of fair market value, up to any applicable statutory limit

Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)

---

**Brief description:** chair

**Line from Schedule A/B:** 6

Current value: $25.00

☑ $0.00
☐ 100% of fair market value, up to any applicable statutory limit

Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)

---

**Brief description:** Kent's dad's military funeral flag

**Line from Schedule A/B:** 6

Current value: unknown

☑ unknown
☐ 100% of fair market value, up to any applicable statutory limit

Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)

---

**Brief description:** coat rack

**Line from Schedule A/B:** 6

Current value: $10.00

☑ $0.00
☐ 100% of fair market value, up to any applicable statutory limit

Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)

---

**Brief description:** wall picture

**Line from Schedule A/B:** 6

Current value: $75.00

☑ $0.00
☐ 100% of fair market value, up to any applicable statutory limit

Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)

---

**Brief description:** misc. murphy door bookshelf décor

**Line from Schedule A/B:** 6

Current value: $100.00

☑ $0.00
☐ 100% of fair market value, up to any applicable statutory limit

Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)

---

**Brief description:** misc. desk décor

**Line from Schedule A/B:** 6

Current value: $100.00

☑ $0.00
☐ 100% of fair market value, up to any applicable statutory limit

Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)

---

**Brief description:** sewing machine

**Line from Schedule A/B:** 6

Current value: $25.00

☑ $0.00
☐ 100% of fair market value, up to any applicable statutory limit

Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **poolin embroidery machine**  Line from *Schedule A/B:* **6** | **$200.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **radio**  Line from *Schedule A/B:* **6** | **$30.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **lamp**  Line from *Schedule A/B:* **6** | **$10.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **misc. desk supplies**  Line from *Schedule A/B:* **6** | **$40.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **desk pictures**  Line from *Schedule A/B:* **6** | **$20.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **rug**  Line from *Schedule A/B:* **6** | **$25.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **curtains**  Line from *Schedule A/B:* **6** | **$40.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **small drink tables**  Line from *Schedule A/B:* **6** | **$40.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **small drink tables**  Line from *Schedule A/B:* **6** | **$30.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **table décor**  Line from *Schedule A/B:* **6** | **$50.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **radio**  Line from *Schedule A/B:* **6** | **$25.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **electric fireplace**  Line from *Schedule A/B:* **6** | **$50.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **wall shelves**  Line from *Schedule A/B:* **6** | **$80.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **bar** | **$200.00** | ☑ **$0.00** | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Line from *Schedule A/B:* 6 | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **refrigerator** | $80.00 | ☑ $0.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B:* 6 | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **barrel table** | $100.00 | ☑ $0.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B:* 6 | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **barstools** | $50.00 | ☑ $0.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B:* 6 | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **coke a cola cooler** | $50.00 | ☑ $0.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B:* 6 | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **wine rack** | $25.00 | ☑ $0.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B:* 6 | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **wall décor** | $100.00 | ☑ $0.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B:* 6 | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **slot machine/ with step** | $400.00 | ☑ $0.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B:* 6 | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **misc. décor** | $100.00 | ☑ $0.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B:* 6 | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **TV** | $60.00 | ☑ $0.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B:* 6 | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **cabinet above toilet** | $20.00 | ☑ $0.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B:* 6 | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **towels** | $5.00 | ☑ $0.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B:* 6 | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **décor** | $50.00 | ☑ $0.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B:* 6 | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **pac man game center/ with stool** | $100.00 | ☑ $0.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B:* 6 | | ☐ 100% of fair market value, up to any applicable statutory limit | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **beverage refrigerator** <br> Line from *Schedule A/B:* 6 | $50.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **gumball machine** <br> Line from *Schedule A/B:* 6 | $40.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **popcorn machine** <br> Line from *Schedule A/B:* 6 | $50.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **barrel small bar** <br> Line from *Schedule A/B:* 6 | $100.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **sofa table** <br> Line from *Schedule A/B:* 6 | $25.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **bar stools** <br> Line from *Schedule A/B:* 6 | $40.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **chairs** <br> Line from *Schedule A/B:* 6 | $80.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **couch** <br> Line from *Schedule A/B:* 6 | $100.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **snowcone machine** <br> Line from *Schedule A/B:* 6 | $40.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **projector** <br> Line from *Schedule A/B:* 6 | $200.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **subwoofer** <br> Line from *Schedule A/B:* 6 | $50.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **speakers** <br> Line from *Schedule A/B:* 6 | $50.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **screen** <br> Line from *Schedule A/B:* 6 | $200.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **wall décor** <br> Line from *Schedule A/B:* 6 | $120.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description: **décor**<br>Line from Schedule A/B: **6** | **$200.00** | ☑ | **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **pillows/blanket**<br>Line from Schedule A/B: **6** | **$100.00** | ☑ | **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **coasters sets**<br>Line from Schedule A/B: **6** | **$5.00** | ☑ | **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **books**<br>Line from Schedule A/B: **6** | **$35.00** | ☑ | **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **misc. décor**<br>Line from Schedule A/B: **6** | **$150.00** | ☑ | **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **receiver**<br>Line from Schedule A/B: **6** | **$40.00** | ☑ | **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **old phone not working**<br>Line from Schedule A/B: **6** | **$20.00** | ☑ | **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **wall hanging**<br>Line from Schedule A/B: **6** | **$100.00** | ☑ | **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **misc. supplies**<br>Line from Schedule A/B: **6** | **$20.00** | ☑ | **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Christmas décor**<br>Line from Schedule A/B: **6** | **$400.00** | ☑ | **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Christmas tree**<br>Line from Schedule A/B: **6** | **$50.00** | ☑ | **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **end table**<br>Line from Schedule A/B: **6** | **$30.00** | ☑ | **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **pictures**<br>Line from Schedule A/B: **6** | **$130.00** | ☑ | **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **family memories**<br>Line from Schedule A/B: **6** | **unknown** | ☑ | **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **lights** <br> Line from Schedule A/B: **6** | $40.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **pictures** <br> Line from Schedule A/B: **6** | $100.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **holiday décor** <br> Line from Schedule A/B: **6** | $300.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **kids memory boxes** <br> Line from Schedule A/B: **6** | unknown | ☑ unknown <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **2 chairs** <br> Line from Schedule A/B: **6** | $30.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **air filters** <br> Line from Schedule A/B: **6** | $30.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **old curtains** <br> Line from Schedule A/B: **6** | $40.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **metal cabinet** <br> Line from Schedule A/B: **6** | $50.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Refrigerator** <br> Line from Schedule A/B: **6** | $50.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **freezer** <br> Line from Schedule A/B: **6** | $50.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **cleaning supplies in cabinet** <br> Line from Schedule A/B: **6** | $40.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **entertaining boat** <br> Line from Schedule A/B: **6** | $20.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **cooler** <br> Line from Schedule A/B: **6** | $25.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Drink containers** | $40.00 | ☑ $0.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **cleaning tools** | $30.00 | ☑ $0.00 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **metal shelving** | $60.00 | ☑ $0.00 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **metal shelving** | $60.00 | ☑ $0.00 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **Tool bench** | $200.00 | ☑ $0.00 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **ladders** | $100.00 | ☑ $0.00 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **small hand tools** | $100.00 | ☑ $0.00 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **rakes** | $15.00 | ☑ $0.00 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **shovels** | $25.00 | ☑ $0.00 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **small power tools** | $75.00 | ☑ $0.00 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **saw** | $30.00 | ☑ $0.00 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **saw horses** | $40.00 | ☑ $0.00 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **Lemon furniture storage chest** | $40.00 | ☑ $0.00 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **metal cabinet** | $50.00 | ☑ $0.00 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from *Schedule A/B:* __6__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **misc. balls and rackets** <br> Line from *Schedule A/B:* **6** | $400.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **back storage rack** <br> Line from *Schedule A/B:* **6** | $30.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **electrical cords** <br> Line from *Schedule A/B:* **6** | $60.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **stadium seats** <br> Line from *Schedule A/B:* **6** | $40.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **wreaths** <br> Line from *Schedule A/B:* **6** | $50.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **misc. paint and chemicals** <br> Line from *Schedule A/B:* **6** | $100.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **pop up tent** <br> Line from *Schedule A/B:* **6** | $40.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **old table and chairs** <br> Line from *Schedule A/B:* **6** | $50.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **old curio cabinet** <br> Line from *Schedule A/B:* **6** | $30.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **holiday metal signs and décor** <br> Line from *Schedule A/B:* **6** | $200.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **wheel chair** <br> Line from *Schedule A/B:* **6** | $20.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **car topper storage** <br> Line from *Schedule A/B:* **6** | $50.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Christmas decorations** <br> Line from *Schedule A/B:* **6** | $300.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Eero**<br>Line from Schedule A/B: **6** | $50.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **speaker**<br>Line from Schedule A/B: **6** | $30.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **lights**<br>Line from Schedule A/B: **6** | $40.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **outdoor metal patio**<br>Line from Schedule A/B: **6** | $100.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Trager**<br>Line from Schedule A/B: **6** | $200.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Trager flatstone**<br>Line from Schedule A/B: **6** | $200.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **pizza oven**<br>Line from Schedule A/B: **6** | $100.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **garbage can**<br>Line from Schedule A/B: **6** | $20.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **patio furniture**<br>Line from Schedule A/B: **6** | $200.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **side tables**<br>Line from Schedule A/B: **6** | $120.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **TV's**<br>Line from Schedule A/B: **6** | $80.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **pots**<br>Line from Schedule A/B: **6** | $220.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **rugs**<br>Line from Schedule A/B: **6** | $30.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **décor**<br>Line from Schedule A/B: **6** | $100.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **outside plastic storage container** Line from *Schedule A/B:* **6** | **$20.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **water hoses** Line from *Schedule A/B:* **6** | **$30.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **water can** Line from *Schedule A/B:* **6** | **$10.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **misc. toys** Line from *Schedule A/B:* **6** | **$130.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **fire pit** Line from *Schedule A/B:* **6** | **$80.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Adirondack chairs and table** Line from *Schedule A/B:* **6** | **$100.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **non working coke machine old** Line from *Schedule A/B:* **6** | **$20.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **outside storage containers** Line from *Schedule A/B:* **6** | **$100.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **lawn mower** Line from *Schedule A/B:* **6** | **$50.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **blower** Line from *Schedule A/B:* **6** | **$50.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **trimmer/edger** Line from *Schedule A/B:* **6** | **$30.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **dirt** Line from *Schedule A/B:* **6** | **$10.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **pots** Line from *Schedule A/B:* **6** | **$20.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description: **wheel barrel**<br><br>Line from *Schedule A/B:* **6** | **$10.00** | ☑ | **$0.00**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **apple watch**<br><br>Line from *Schedule A/B:* **12** | **$50.00** | ☑ | **$0.00**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Office Furniture**<br><br>Line from *Schedule A/B:* **14** | **$500.00** | ☑ | **$500.00**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **US Bank Pension**<br><br>Line from *Schedule A/B:* **21** | **unknown** | ☑ | **unknown**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description: **ReliaStar**<br><br>Line from *Schedule A/B:* **31** | **$275,793.00** | ☑ | **$275,793.00**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **American National**<br><br>Line from *Schedule A/B:* **31** | **$250,000.00** | ☑ | **$250,000.00**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kent** | **Paul** | **Lemon** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Texas** _____

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

## Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | **BMW Financial Services** | Describe the property that secures the claim: | **unknown** | **$60,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 78103**

Number     Street

_____

**Phoenix, AZ 85062**

City          State     ZIP Code

**Describe the property that secures the claim:**

> **2026 BMW X5**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **02/26/26**   Last 4 digits of account number   **7  9  0  9**

**Add the dollar value of your entries in Column A on this page. Write that number here:**   **$0.00**

Debtor 1    **Kent**      **Paul**      **Lemon**      Case number *(if known)* _____

     First Name      Middle Name      Last Name

| Part 1: | Additional Page<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2**

**Chase Mazda Capital Services**
Creditor's Name

**PO Box 650351**
Number    Street

_____

**Dallas, TX 75265**
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim relates to a community debt**

**Date debt was incurred**    **10/18/25**

**Describe the property that secures the claim:**

| **2025 Buick** |
|---|

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Nature of lien.** Check all that apply.
- ❑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset) _____

**Last 4 digits of account number**   1   1   1   1

Column A: **$25,000.00**    Column B: **$25,000.00**    Column C: **$0.00**

**2.3**

**Denton County**
Creditor's Name

**3911 Morse Str.**
Number    Street

_____

**Denton, TX 76208**
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

| **616 Heritage Lane Flower Mound, TX 75022** |
|---|

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Nature of lien.** Check all that apply.
- ❑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset) _____

**Last 4 digits of account number**   1   1   7   2

Column A: **unknown**    Column B: **$1,200,000.00**    Column C: **$0.00**

| | Column A |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$25,000.00** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | _____ |

Debtor 1    **Kent**          **Paul**          **Lemon**                    Case number *(if known)* _____

       First Name          Middle Name          Last Name

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | Additional Page **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.4**

| | |
|---|---|
| **Select Portfolio Services** | Describe the property that secures the claim: |
| Creditor's Name | |
| **Servicer & Trustee for FHLMC** | **616 Heritage Lane Flower Mound, TX 75022** |
| **PO Box 65450** | |
| Number      Street | **As of the date you file, the claim is:** Check all that apply. |
| **Salt Lake City, UT 84165-0450** | ❑ Contingent |
| City          State      ZIP Code | ❑ Unliquidated |
| | ❑ Disputed |

Column A: **$741,536.75**  Column B: **$1,200,000.00**  Column C: **$0.00**

**Who owes the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Last 4 digits of account number**  **5** **4** **6** **0**

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$741,536.75** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | **$766,536.75** |

Fill in this information to identify your case:

Debtor 1 __**Kent**__ _____**Paul**_____ _____**Lemon**_____
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: _____**Eastern**_____ District of ____**Texas**____

Case number
(if known)

❑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B:* **Property (Official Form 106A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G). Do not include any creditors with partially secured claims that are listed in** *Schedule D: Creditors Who Have Claims Secured by Property.* **If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |

**1. Do any creditors have priority unsecured claims against you?**

❑ No. Go to Part 2.
☑ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ | | $200,000.00 | $200,000.00 | $0.00 |

Priority Creditor's Name
**Mail Code 5027-DAL**

**When was the debt incurred?** **4/15/2025**

**1100 Commerce St. MS 5141**
**Room 1035**
Number Street

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
☑ Unliquidated
❑ Disputed

**Dallas, TX 75242**
City State ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
☑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
❑ Yes

**Remarks:** Income taxes due from 2024 & 2025

| Debtor 1 | **Kent** | **Paul** | **Lemon** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

❑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1 American Express**
Nonpriority Creditor's Name

**PO Box 6031**
Number          Street

**Carol Stream, IL 60197**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**   **1   0   0   2**          **$18,902.13**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

**4.2 American Express (Hilton)**
Nonpriority Creditor's Name

**PO Box 6031**
Number          Street

**Carol Stream, IL 60197**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**   **1   0   0   4**          **$4,421.18**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Debtor 1 **Kent** **Paul** **Lemon**  Case number *(if known)* _____

First Name  Middle Name  Last Name

| Part 2: | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.3**

**American Express (Marriott)**

Nonpriority Creditor's Name

**PO Box 6031**

Number        Street

**Carol Stream, IL 60197**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  **2  0  0  0**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$3,618.74**

**4.4**

**American Express (Platinum)**

Nonpriority Creditor's Name

**PO Box 6031**

Number        Street

**Carol Stream, IL 60197**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  **8  0  0  7**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$49,310.04**

Debtor 1     **Kent**       **Paul**       **Lemon**       Case number *(if known)* _____

        First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.        **Total claim**

---

**4.5**   **Avant**

Nonpriority Creditor's Name

**222 North LaSalle St.**

Number        Street

**Chicago, IL 60601**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **8**   **6**   **2**   **9**       **$18,811.60**

**When was the debt incurred?**     **6/16/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.6**   **Bannanna Republic (Barclays)**

Nonpriority Creditor's Name

**PO Box 60617**

Number        Street

**City of Industry, CA 91716**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **2**   **0**   **6**   **3**       **$6,065.93**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Official Form 106E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        page ___ of ___

Debtor 1     **Kent**      **Paul**      **Lemon**      Case number *(if known)* _____

      First Name       Middle Name       Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.7** **Best Egg**          **$34,777.80**

Nonpriority Creditor's Name

**PO Box 42912**

Number     Street

**Philadelphia, PA 19101**

City     State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **4**   **1**   **4**   **2**

**When was the debt incurred?**     **4/16/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Remarks:** Personal Loan

**4.8** **Best Egg**          **$12,076.29**

Nonpriority Creditor's Name

**PO Box 42912**

Number     Street

**Philadelphia, PA 19101**

City     State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **4**   **1**   **4**   **2**

**When was the debt incurred?**     **11/5/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Remarks:** Personal Loan

Debtor 1     **Kent**       **Paul**       **Lemon**       Case number *(if known)* _____

     First Name        Middle Name        Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.9**

**Black Card (Barclays)**
Nonpriority Creditor's Name

**PO Box 60517**
Number       Street

**City of Industry, CA 91716**
City       State       ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **5**   **8**   **1**   **7**      **$10,486.77**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**4.10**

**Capital on Tap**
Nonpriority Creditor's Name

**33 Irving Place - Suite 3009**
Number       Street

**New York, NY 10003**
City       State       ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **5**   **8**   **5**   **2**      **$22,664.58**

**When was the debt incurred?**    **5/1/2026**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

Debtor 1    **Kent**      **Paul**      **Lemon**      Case number *(if known)* _____

       First Name      Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims – Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

### 4.11 Chase Prime

Nonpriority Creditor's Name

**PO Box 1423**

Number      Street

**Charlotte, NC 28201**

City      State      ZIP Code

**Last 4 digits of account number**    **0**   **0**   **2**   **0**

**Total claim: $3,102.92**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

### 4.12 Chase Saphire

Nonpriority Creditor's Name

**PO Box 1423**

Number      Street

**Charlotte, NC 28201**

City      State      ZIP Code

**Last 4 digits of account number**    **3**   **2**   **4**   **5**

**Total claim: $26,327.01**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Debtor 1   **Kent**          **Paul**          **Lemon**          Case number *(if known)* _____
           First Name       Middle Name       Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims – Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

### 4.13 **Citibank**

Nonpriority Creditor's Name

**PO Box 9001037**

Number          Street

**Louisville, KY 40290**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   v

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Total claim: $30,417.92**

---

### 4.14 **CitiBank**

Nonpriority Creditor's Name

**PO Box 9001037**

Number          Street

**Louisville, KY 40290**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Personal Loan

**Last 4 digits of account number**   6  4  2  3

**When was the debt incurred?**   8/5/2025

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Total claim: $18,080.28**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page ___ of ___

| Debtor 1 | Kent | Paul | Lemon | Case number *(if known)* _____ |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

### 4.15  Dept of Ed/Nelnet (1)
Nonpriority Creditor's Name

**400 Maryland Ave SW**
Number          Street

**Washington, DC 20202**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   8   4   0   0

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Student Loans**

**$46,043.55**

### 4.16  Dept of Ed/Nelnet (2)
Nonpriority Creditor's Name

**400 Maryland Ave SW**
Number          Street

**Washington, DC 20202**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __  __  __  __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Student Loans**

**$42,948.15**

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page ___ of ___

Debtor 1    **Kent**          **Paul**          **Lemon**          Case number *(if known)* _____

First Name        Middle Name        Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.17** **Dept of Ed/Nelnet (3)**

Nonpriority Creditor's Name

**400 Maryland Ave SW**

Number          Street

**Washington, DC 20202**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __          **$44,866.60**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Student Loans**

---

**4.18** **Discover**

Nonpriority Creditor's Name

**PO Box 71242**

Number          Street

**Charlotte, NC 28272**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** **5  9  4  3**          **$13,882.31**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page ___ of ___

Debtor 1    **Kent**            **Paul**            **Lemon**            Case number *(if known)* _____

       First Name      Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims** – **Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.19**  **FirstMark Services**

Nonpriority Creditor's Name

**PO Box 2977**

Number       Street

**Omaha, NE 68103**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Student Loans**

**Total claim: $150,505.90**

---

**4.20**  **Heights**

Nonpriority Creditor's Name

**3346 Harwood Rd**

Number       Street

**Bedford, TX 76021**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Remarks:** Personal Loan

**Last 4 digits of account number** **1 4 0 7**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

**Total claim: $2,300.00**

Debtor 1    **Kent**           **Paul**          **Lemon**          Case number *(if known)* _____
            First Name       Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims** – **Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |

**4.21** **Intuit Credit Card**

Nonpriority Creditor's Name

**2701 Coast Ave**

Number          Street

**Mountain View, CA 94043**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

**$6,769.69**

**4.22** **Intuit Line of Credit**

Nonpriority Creditor's Name

**2701 Coast Ave**

Number          Street

**Mountain View, CA 94043**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 2 6 4 e

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

**$21,305.55**

Debtor 1   **Kent**        **Paul**        **Lemon**                    Case number *(if known)* _____

     First Name     Middle Name     Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

### 4.23

**Intuit Line of Credit**
Nonpriority Creditor's Name

**2701 Coast Ave**
Number          Street

**Mountain View, CA 94043**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**   1   c   1   e          **$5,558.12**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

### 4.24

**Intuit Line of Credit**
Nonpriority Creditor's Name

**2701 Coast Ave**
Number          Street

**Mountain View, CA 94043**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**   1   e   1   8          **$3,858.41**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

Debtor 1     **Kent**          **Paul**          **Lemon**              Case number *(if known)* _____

     First Name       Middle Name     Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.25

**Intuit Line of Credit**
Nonpriority Creditor's Name

**2701 Coast Ave**
Number          Street

**Mountain View, CA 94043**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  a  b  8  f

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt**

**$3,464.36**

### 4.26

**Intuit Line of Credit**
Nonpriority Creditor's Name

**2701 Coast Ave**
Number          Street

**Mountain View, CA 94043**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt**

**$6,119.36**

Debtor 1 **Kent** **Paul** **Lemon** Case number *(if known)* _____
　　　　　First Name　　　Middle Name　　　Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims – Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.27**

**Intuit Term Loan**
Nonpriority Creditor's Name

**2700 Coast Ave**
Number　　　Street


**Mountain View, CA 94043**
City　　　State　　　ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**　c　e　b　e

**When was the debt incurred?**　7/25/2025

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$11,155.23**

---

**4.28**

**Lending Point**
Nonpriority Creditor's Name

**1201 Roberts Blvd**
Number　　　Street


**Kennesaw, GA 30144**
City　　　State　　　ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**　8　0　3　6

**When was the debt incurred?**　4/10/2025

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$31,548.70**

---

Official Form 106E/F　　**Schedule E/F: Creditors Who Have Unsecured Claims**　　page ___ of ___

Debtor 1  **Kent**          **Paul**            **Lemon**                    Case number *(if known)* _____
          First Name        Middle Name         Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims** − **Continuation Page** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |

**4.31**

| **NetCredit** | | Last 4 digits of account number | **4  9  8  5** | **$4,906.98** |

Nonpriority Creditor's Name

**PO Box 206766**

Number          Street

When was the debt incurred?    **1/19/2024**

**Dallas, TX 75320**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

**Is the claim subject to offset?**

☑ No
❑ Yes

**4.32**

| **NetCredit** | | Last 4 digits of account number | **4  9  8  5** | **$4,906.98** |

Nonpriority Creditor's Name

**PO Box 206766**

Number          Street

When was the debt incurred?    **1/19/2024**

**Dallas, TX 75320**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

**Is the claim subject to offset?**

☑ No
❑ Yes

**4.33**

| **OnDeck** | | Last 4 digits of account number | **1  8  4  0** | **$44,886.00** |

Nonpriority Creditor's Name

**4700 West Daybreak Pkwy**

Number          Street

When was the debt incurred?    **4/27/2026**

**South Jordan, UT 84009**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**4.34**

| **PayOff/Happy Money** | | Last 4 digits of account number | **8  f  8  a** | **$12,847.66** |

Nonpriority Creditor's Name

**21515 Hawthorne Blvd - Suite 200**

When was the debt incurred?    **10/13/2022**

Number          Street

**Torrance, CA 90503**

| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.35**

**Republic Finance**
Nonpriority Creditor's Name

**2317 W. University Dr.**
Number          Street

**Denton, TX**
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number   8   5   7   0**          **$3,479.28**

**When was the debt incurred?   5/13/2025**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.36**

**Republic Finance**
Nonpriority Creditor's Name

**2317 West University Dr.**
Number          Street

**Denton, TX**
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number   8   4   4   8**          **$7,337.00**

**When was the debt incurred?   4/18/2025**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.37**

**Rocket Loans**
Nonpriority Creditor's Name

**28596 Network Place**
Number          Street

**Chicago, IL 60673**
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Last 4 digits of account number   2   2   8   6**          **$9,868.57**

**When was the debt incurred?   10/6/2022**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**4.38** **SOFI**
Nonpriority Creditor's Name

**PO Box 2595**
Number        Street

**Omaha, NE 68103**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number    3  1  5  4        $166,308.56

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Student Loans**

---

**4.39** **Sofi Bank**
Nonpriority Creditor's Name

**PO Box 654158**
Number        Street

**Dallas, TX 75265-4158**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** Personal Loan

Last 4 digits of account number    3  1  8  1        $66,093.38

**When was the debt incurred?**        4/23/2025

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.40** **Upgrade**
Nonpriority Creditor's Name

**400 Kelby Street - 14th Floor**
Number        Street

**Roselle Park, NJ 07204**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number    2  0  5  3        $4,782.77

**When was the debt incurred?**        5/5/2022

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.41** **Upgrade**
Nonpriority Creditor's Name

**17 West Main St**

Last 4 digits of account number    0  1  1  7        $2,976.03

**When was the debt incurred?**        5/8/2023

Number          Street

**Luray, VA 22835**

| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
❑ Yes

---

**4.42**

**Upgrade**
Nonpriority Creditor's Name

**PO Box 52210**
Number          Street

**Phoenix, AZ 85072**
City          State          ZIP Code

| Last 4 digits of account number | 0 4 2 2 | | $12,114.03 |

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
❑ Yes

---

**4.43**

**Upgrade**
Nonpriority Creditor's Name

**PO Box 52210**
Number          Street

**Phoenix, AZ 85072**
City          State          ZIP Code

| Last 4 digits of account number | 0 4 2 2 | | $12,114.03 |

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
❑ Yes

---

**4.44**

**Upstart**
Nonpriority Creditor's Name

**PO Box 1503**
Number          Street

**San Carlos, CA 94070**
City          State          ZIP Code

| Last 4 digits of account number | 9 1 3 8 | | $28,010.26 |

**When was the debt incurred?** 11/7/2023

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.45**

**Upstart**

Nonpriority Creditor's Name

**PO Box 1503**

Number          Street

**San Carlos, CA 94070**

City                    State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   8   5   1   6          **$43,112.41**

**When was the debt incurred?**          3/28/2025

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.46**

**US Bank Mastercard**

Nonpriority Creditor's Name

**PO Box 790408**

Number          Street

**Saint Louis, MO 63179**

City                    State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   5   6   7   1          **$19,295.07**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.47**

**US Bank Visa**

Nonpriority Creditor's Name

**PO Box 790409**

Number          Street

**Saint Louis, MO 63179**

City                    State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   3   0   4   0          **$7,288.17**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

| Debtor 1 | **Kent** | **Paul** | **Lemon** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$200,000.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+** | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$200,000.00** |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+** | **$1,109,489.89** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$1,109,489.89** |

Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Kent** | **Paul** | **Lemon** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Texas** _____

Case number
(if known) _____

❏ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ❏ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | | |
| | Name | |
| | Number          Street | |
| | City                    State                    ZIP Code | |
| 2.2 | | |
| | Name | |
| | Number          Street | |
| | City                    State                    ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number          Street | |
| | City                    State                    ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number          Street | |
| | City                    State                    ZIP Code | |

Fill in this information to identify your case:

Debtor 1    **Kent**          **Paul**          **Lemon**
             First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ **Eastern** _____    District of    **Texas**

Case number
(if known)

❑ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ❑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ❑ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ❑ No
      ☑ Yes. In which community state or territory did you live? _____ **Texas** _____. Fill in the name and current address of that person.

      **Evelyn R Lemon**
      Name of your spouse, former spouse, or legal equivalent

      Number          Street

      City          State          ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F,* **or** *Schedule G* **to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** <br> Name <br><br> Number          Street <br><br> City          State          ZIP Code | ❑ Schedule D, line _____ <br> ❑ Schedule E/F, line _____ <br> ❑ Schedule G, line _____ |
| **3.2** <br> Name <br><br> Number          Street <br><br> City          State          ZIP Code | ❑ Schedule D, line _____ <br> ❑ Schedule E/F, line _____ <br> ❑ Schedule G, line _____ |

Fill in this information to identify your case:

Debtor 1  **Kent**  **Paul**  **Lemon**
First Name  Middle Name  Last Name

Debtor 2
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: **Eastern** District of **Texas**

Case number
(if known)

Check if this is:

❏ An amended filing
❏ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. **Fill in your employment information.** If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies. | **Employment status** | ☑ Employed ❏ Not employed | ❏ Employed ☑ Not employed |
| | **Occupation** | Owner | N/A |
| | **Employer's name** | Simplicity Consulting Services, LLC | |
| | **Employer's address** | 616 Heritage Lane<br>Number    Street | Number    Street |
| | | Flower Mound, TX 75022<br>City    State    ZIP Code | City    State    ZIP Code |
| | **How long employed there?** | | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $43,383.00 | $0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. + $0.00 | + $0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. $43,383.00 | $0.00 |

| Debtor 1 | **Kent** | **Paul** | **Lemon** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| | **Copy line 4 here**............................................................ ➔ 4. | **$43,383.00** | **$0.00** |
| 5. | **List all payroll deductions:** | | |
| 5a. | **Tax, Medicare, and Social Security deductions** 5a. | **$11,000.00** | **$0.00** |
| 5b. | **Mandatory contributions for retirement plans** 5b. | **$0.00** | **$0.00** |
| 5c. | **Voluntary contributions for retirement plans** 5c. | **$0.00** | **$0.00** |
| 5d. | **Required repayments of retirement fund loans** 5d. | **$0.00** | **$0.00** |
| 5e. | **Insurance** 5e. | **$0.00** | **$0.00** |
| 5f. | **Domestic support obligations** 5f. | **$0.00** | **$0.00** |
| 5g. | **Union dues** 5g. | **$0.00** | **$0.00** |
| 5h. | **Other deductions.** Specify: _____ 5h. **+** | **$0.00** **+** | **$0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. 6. | **$11,000.00** | **$0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. | **$32,383.00** | **$0.00** |
| 8. | **List all other income regularly received:** | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. 8a. | **$0.00** | **$0.00** |
| 8b. | **Interest and dividends** 8b. | **$0.00** | **$0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. 8c. | **$0.00** | **$0.00** |
| 8d. | **Unemployment compensation** 8d. | **$0.00** | **$0.00** |
| 8e. | **Social Security** 8e. | **$0.00** | **$0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ 8f. | **$0.00** | **$0.00** |
| 8g. | **Pension or retirement income** 8g. | **$0.00** | **$0.00** |
| 8h. | **Other monthly income.** Specify: _____ 8h. **+** | **$0.00** **+** | **$0.00** |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. 9. | **$0.00** | **$0.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. | **$32,383.00** **+** | **$0.00** **=** **$32,383.00** |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____ 11. **+** **$0.00**

Debtor 1     **Kent**        **Paul**        **Lemon**        Case number *(if known)* _____

         First Name       Middle Name       Last Name

---

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

12.   **$32,383.00**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

❑ Yes. Explain:

---

Fill in this information to identify your case:

Debtor 1    **Kent**         **Paul**         **Lemon**
            First Name       Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:    **Eastern District of Texas**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
  expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses                                                      **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

    ☑ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2.  **Do you have dependents?**          ☐ No

    Do not list Debtor 1 and          ☑ Yes. Fill out this information
    Debtor 2.                              for each dependent..............

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Spouse | 51 | ☐ No.  ☑ Yes. |
| Child | 21 | ☐ No.  ☑ Yes. |
|  |  | ☐ No.  ☐ Yes. |
|  |  | ☐ No.  ☐ Yes. |
|  |  | ☐ No.  ☐ Yes. |

3.  **Do your expenses include**       ☑ No
    **expenses of people other than**
    **yourself and your dependents?**   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

|  |  | **Your expenses** |
|---|---|---|
| 4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$8,800.00** |
| **If not included in line 4:** |  |  |
| 4a.  Real estate taxes | 4a. | **$0.00** |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | **$25.00** |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | **$425.00** |
| 4d.  Homeowner's association or condominium dues | 4d. | **$66.00** |

Debtor 1   **Kent        Paul        Lemon**                          Case number *(if known)* _____

First Name      Middle Name      Last Name

| | | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | **$0.00** |

6. **Utilities:**

| | | |
|---|---|---|
| 6a. Electricity, heat, natural gas | 6a. | **$650.00** |
| 6b. Water, sewer, garbage collection | 6b. | **$0.00** |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$100.00** |
| 6d. Other. Specify: _____ | 6d. | **$0.00** |
| 7. **Food and housekeeping supplies** | 7. | **$900.00** |
| 8. **Childcare and children's education costs** | 8. | **$0.00** |
| 9. **Clothing, laundry, and dry cleaning** | 9. | **$300.00** |
| 10. **Personal care products and services** | 10. | **$200.00** |
| 11. **Medical and dental expenses** | 11. | **$3,729.51** |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$325.00** |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$67.00** |
| 14. **Charitable contributions and religious donations** | 14. | **$100.00** |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | |
|---|---|---|
| 15a. Life insurance | 15a. | **$480.79** |
| 15b. Health insurance | 15b. | **$2,117.37** |
| 15c. Vehicle insurance | 15c. | **$760.00** |
| 15d. Other insurance. Specify: _____ | 15d. | **$0.00** |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____

| | | |
|---|---|---|
| | 16. | **$0.00** |

17. **Installment or lease payments:**

| | | |
|---|---|---|
| 17a. Car payments for Vehicle 1 **2025 Buick** | 17a. | **$387.08** |
| 17b. Car payments for Vehicle 2 **2026 BMW X5** | 17b. | **$1,569.42** |
| 17c. Other. Specify: _____ | 17c. | **$0.00** |
| 17d. Other. Specify: _____ | 17d. | **$0.00** |

| | | |
|---|---|---|
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. | **$0.00** |

19. **Other payments you make to support others who do not live with you.**
Specify: _____

| | | |
|---|---|---|
| | 19. | **$0.00** |

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

| | | |
|---|---|---|
| 20a. Mortgages on other property | 20a. | **$0.00** |
| 20b. Real estate taxes | 20b. | **$0.00** |
| 20c. Property, homeowner's, or renter's insurance | 20c. | **$0.00** |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | **$0.00** |
| 20e. Homeowner's association or condominium dues | 20e. | **$0.00** |

| Debtor 1 | **Kent** | **Paul** | **Lemon** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

21. **Other.** Specify: **See Additional Page**                21.  +                $3,100.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                22a.        $24,102.17

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2        22b.        $0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.        22c.        $24,102.17

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I*.        23a.        $32,383.00

    23b. Copy your monthly expenses from line 22c above.        23b.  –        $24,102.17

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income.*        23c.        $8,280.83

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.

| Debtor 1 | **Kent** | **Paul** | **Lemon** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | Amount |
|---|---|
| 6a. **Electricity, heat, natural gas** | |
| Electric | $400.00 |
| Oil/Gas | $250.00 |
| 12. **Transportation: gas, maintenance, bus or train fare** | |
| Gasoline | $150.00 |
| Maintenance | $150.00 |
| Toll Fees | $25.00 |
| 21. **Other** | |
| School Tuition | $2,000.00 |
| Vet Expenses | $100.00 |
| College Rent | $1,000.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kent** | **Paul** | **Lemon** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Texas**

Case number
(if known)

❑ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** |
|---|---|
| | Value of what you own |
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*................................................................. | **$1,200,000.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*..................................................... | **$669,117.82** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................................... | **$1,869,117.82** |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$766,536.75** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | **$200,000.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | **+ $1,109,489.89** |
| **Your total liabilities** | **$2,076,026.64** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.......................................................................... | **$32,383.00** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.................................................................... | **$24,102.17** |

| Debtor 1 | Kent | Paul | Lemon | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total.** Add lines 9a through 9f. | _____ |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kent** | **Paul** | **Lemon** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Texas**

Case number (if known)

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders   12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders. |
|---|---|

| | | | | **Unsecured claim** |
|---|---|---|---|---|

**1** | **Internal Revenue Service**
Creditor's Name

**Mail Code 5027-DAL**

**1100 Commerce St. MS 5141 Room 1035**
Number          Street

**Dallas, TX 75242**
City          State          ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   **Taxes or Penalties Owed to Governmental Units**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes. Total claim (secured and unsecured):          **$200,000.00**
         Value of security:          **$0.00**
         Unsecured          **$200,000.00**

**$200,000.00**

**2** | **SOFI**
Creditor's Name

**PO Box 2595**
Number          Street

**Omaha, NE 68103**
City          State          ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   **Student Loans**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):          _____
         Value of security:          _____
         Unsecured          _____

**$166,308.56**

Debtor 1    **Kent**          **Paul**          **Lemon**                    Case number *(if known)* _____
          First Name      Middle Name      Last Name

|  | | | Unsecured claim |
|---|---|---|---|

**3** | **FirstMark Services**
Creditor's Name

**PO Box 2977**
Number      Street

_____

**Omaha, NE 68103**
City         State       ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   **Student Loans**          **$150,505.90**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

        Value of security: _____

        Unsecured _____

---

**4** | **Sofi Bank**
Creditor's Name

**PO Box 654158**
Number      Street

_____

**Dallas, TX 75265-4158**
City         State       ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   **Other**          **$66,093.38**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

        Value of security: _____

        Unsecured _____

---

**5** | **American Express (Platinum)**
Creditor's Name

**PO Box 6031**
Number      Street

_____

**Carol Stream, IL 60197**
City         State       ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   **Other**          **$49,310.04**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

        Value of security: _____

        Unsecured _____

---

**6** | **Dept of Ed/Nelnet (1)**
Creditor's Name

**400 Maryland Ave SW**
Number      Street

_____

**Washington, DC 20202**
City         State       ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   **Student Loans**          **$46,043.55**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

        Value of security: _____

        Unsecured _____

Debtor 1     **Kent**          **Paul**          **Lemon**                     Case number *(if known)* _____

  First Name        Middle Name        Last Name

|  | | | Unsecured claim |
|---|---|---|---|

**7**  **OnDeck**

Creditor's Name

**4700 West Daybreak Pkwy**

Number          Street

**South Jordan, UT 84009**

City          State          ZIP Code

Contact

Contact phone

**What is the nature of the claim?**     **Business Debt**     $44,886.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____
       Value of security: _____
       Unsecured _____

---

**8**  **Dept of Ed/Nelnet (3)**

Creditor's Name

**400 Maryland Ave SW**

Number          Street

**Washington, DC 20202**

City          State          ZIP Code

Contact

Contact phone

**What is the nature of the claim?**     **Student Loans**     $44,866.60

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____
       Value of security: _____
       Unsecured _____

---

**9**  **Upstart**

Creditor's Name

**PO Box 1503**

Number          Street

**San Carlos, CA 94070**

City          State          ZIP Code

Contact

Contact phone

**What is the nature of the claim?**     **Other**     $43,112.41

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____
       Value of security: _____
       Unsecured _____

---

**10**  **Dept of Ed/Nelnet (2)**

Creditor's Name

**400 Maryland Ave SW**

Number          Street

**Washington, DC 20202**

City          State          ZIP Code

Contact

Contact phone

**What is the nature of the claim?**     **Student Loans**     $42,948.15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____
       Value of security: _____
       Unsecured _____

| Debtor 1 | Kent | Paul | Lemon | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Unsecured claim**

| 11 | **Best Egg** | | |
|---|---|---|---|

Creditor's Name

**PO Box 42912**

Number        Street

**Philadelphia, PA 19101**

City          State          ZIP Code

Contact

Contact phone

**What is the nature of the claim?**   **Other**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured):
    Value of security:
    Unsecured

$34,777.80

---

| 12 | **Lending Point** | | |
|---|---|---|---|

Creditor's Name

**1201 Roberts Blvd**

Number        Street

**Kennesaw, GA 30144**

City          State          ZIP Code

Contact

Contact phone

**What is the nature of the claim?**   **Other**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured):
    Value of security:
    Unsecured

$31,548.70

---

| 13 | **Citibank** | | |
|---|---|---|---|

Creditor's Name

**PO Box 9001037**

Number        Street

**Louisville, KY 40290**

City          State          ZIP Code

Contact

Contact phone

**What is the nature of the claim?**   **Other**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured):
    Value of security:
    Unsecured

$30,417.92

---

| 14 | **Upstart** | | |
|---|---|---|---|

Creditor's Name

**PO Box 1503**

Number        Street

**San Carlos, CA 94070**

City          State          ZIP Code

Contact

Contact phone

**What is the nature of the claim?**   **Other**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured):
    Value of security:
    Unsecured

$28,010.26

---

Debtor 1   __**Kent**_____ __**Paul**_____ __**Lemon**_____     Case number *(if known)* _____
         First Name         Middle Name         Last Name

| | | Unsecured claim |
|---|---|---|

---

**15**

**Chase Saphire**
Creditor's Name

**PO Box 1423**
Number        Street

_____

**Charlotte, NC 28201**
City         State         ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   **Other**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

       Value of security: _____

       Unsecured _____

**$26,327.01**

---

**16**

**Capital on Tap**
Creditor's Name

**33 Irving Place - Suite 3009**
Number        Street

_____

**New York, NY 10003**
City         State         ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   **Business Debt**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

       Value of security: _____

       Unsecured _____

**$22,664.58**

---

**17**

**Intuit Line of Credit**
Creditor's Name

**2701 Coast Ave**
Number        Street

_____

**Mountain View, CA 94043**
City         State         ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   **Business Debt**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

       Value of security: _____

       Unsecured _____

**$21,305.55**

---

**18**

**US Bank Mastercard**
Creditor's Name

**PO Box 790408**
Number        Street

_____

**Saint Louis, MO 63179**
City         State         ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   **Other**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

       Value of security: _____

       Unsecured _____

**$19,295.07**

---

Debtor 1 **Kent** **Paul** **Lemon** Case number *(if known)* _____

First Name Middle Name Last Name

| | | Unsecured claim |
|---|---|---|

**19** **American Express**

Creditor's Name

**PO Box 6031**

Number Street

**Carol Stream, IL 60197**

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** **Business Debt** **$18,902.13**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

**20** **Avant**

Creditor's Name

**222 North LaSalle St.**

Number Street

**Chicago, IL 60601**

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** **Other** **$18,811.60**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

| Part 2: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

**✗** _____**/s/ Kent Paul Lemon**_____ **✗** _____

Signature of Debtor 1 Signature of Debtor 2

Date **06/28/2026**

MM / DD / YYYY

Date _____

MM / DD / YYYY

Fill in this information to identify your case:

Debtor 1     **Kent**      **Paul**      **Lemon**

First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)

First Name     Middle Name     Last Name

United States Bankruptcy Court for the:     **Eastern District of Texas**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** **/s/ Kent Paul Lemon**

Kent Paul Lemon, Debtor 1

Date **06/28/2026**
    MM/ DD/ YYYY

Fill in this information to identify your case:

Debtor 1     __Kent__          __Paul__          __Lemon__
             First Name        Middle Name       Last Name

Debtor 2     _____
(Spouse, if filing)   First Name        Middle Name       Last Name

United States Bankruptcy Court for the:     __Eastern District of Texas__

Case number     _____
(if known)

❑ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy   04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

❑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

❑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
| _____<br>Number  Street<br>_____<br>City          State  ZIP Code | From _____<br>To _____ | _____<br>Number  Street<br>_____<br>City          State  ZIP Code | From _____<br>To _____ |
| | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
| _____<br>Number  Street<br>_____<br>City          State  ZIP Code | From _____<br>To _____ | _____<br>Number  Street<br>_____<br>City          State  ZIP Code | From _____<br>To _____ |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

❑ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Kent**      **Paul**      **Lemon**         Case number *(if known)* _____

       First Name        Middle Name        Last Name

| Part 2: | Explain the Sources of Your Income |
| --- | --- |

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

❏ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ❏ Wages, commissions, bonuses, tips<br>❏ Operating a business | | ❏ Wages, commissions, bonuses, tips<br>❏ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, **2025** )<br>                      YYYY | ❏ Wages, commissions, bonuses, tips<br>❏ Operating a business | | ❏ Wages, commissions, bonuses, tips<br>❏ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2024** )<br>                      YYYY | ☑ Wages, commissions, bonuses, tips<br>❏ Operating a business | **$1,067,016.00** | ❏ Wages, commissions, bonuses, tips<br>❏ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

❏ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | _____ | _____ | _____ |
| **For last calendar year:**<br>(January 1 to December 31, **2025** )<br>                      YYYY | _____ | _____ | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, **2024** )<br>                      YYYY | _____ | _____ | _____ | _____ |

Debtor 1    **Kent**              **Paul**              **Lemon**                              Case number *(if known)*
　　　　　　First Name          Middle Name          Last Name

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☑ No. Go to line 7.

❑ Yes.　List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

❑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

❑ No. Go to line 7.

❑ Yes.　List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____ Creditor's Name | _____ _____ | _____ | _____ | ❑ Mortgage ❑ Car ❑ Credit card |
| _____ Number　Street | _____ | | | ❑ Loan repayment ❑ Suppliers or vendors |
| _____ | _____ | | | ❑ Other _____ |
| _____ City　　State　ZIP Code | | | | |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

❑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ Insider's Name | _____ _____ | _____ | _____ | |
| _____ Number　Street | _____ | | | |
| _____ | _____ | | | |
| _____ City　　State　ZIP Code | | | | |

Debtor 1     **Kent**          **Paul**          **Lemon**                        Case number *(if known)* _____

First Name         Middle Name        Last Name

---

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number     Street | | | | |
| City          State     ZIP Code | | | | |

---

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No

☐ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _____ | | _____ Court Name _____ Number     Street _____ City          State     ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |
| Case number _____ | | | |

---

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

---

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **4**

Debtor 1    **Kent**          **Paul**          **Lemon**                          Case number *(if known)* _____

    First Name      Middle Name    Last Name

| Describe the property | Date | Value of the property |
|---|---|---|
| | _____ | _____ |

_____

Creditor's Name

| Explain what happened |
|---|

_____

Number    Street

❑ Property was repossessed.

❑ Property was foreclosed.

_____

❑ Property was garnished.

_____

City          State    ZIP Code

❑ Property was attached, seized, or levied.

---

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

❑ Yes. Fill in the details.

_____

Creditor's Name

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | _____ | _____ |

_____

Number    Street

_____

City          State    ZIP Code

Last 4 digits of account number: XXXX– __ __ __ __

---

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

❑ Yes

---

### Part 5:   List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❑ Yes. Fill in the details for each gift.

---

Debtor 1   **Kent**     **Paul**     **Lemon**     Case number *(if known)* _____

    First Name     Middle Name     Last Name

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ _____ | _____ _____ |
| _____<br>Number   Street | | | |
| _____<br>City     State   ZIP Code | | | |

Person's relationship to you _____

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

❏ No

☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **OU Foundation**<br>Charity's Name | **Cash** | **3/25** | **$50,000.00** |
| _____ | | | |
| **100 West Timberdell Rd**<br>Number   Street | | | |
| **Norman, OK 73019**<br>City    State   ZIP Code | | | |

---

**Part 6:** List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

❏ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

Debtor 1   **Kent**          **Paul**            **Lemon**                    Case number *(if known)*
           First Name        Middle Name         Last Name

<h2>Part 7: List Certain Payments or Transfers</h2>

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

❏ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **DeMarco Mitchell, PLLC**<br>Person Who Was Paid | **Attorney's Fee** | | |
| **12770 Coit Road, Suite 850**<br>Number    Street | | 06/02/2026 | $15,000.00 |
| | | | |
| **Dallas, TX 75251**<br>City          State    ZIP Code | | | |
| **robert@demarcomitchell.com**<br>Email or website address | | | |
| <br>Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

❏ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| <br>Person Who Was Paid | | | |
| <br>Number    Street | | | |
| | | | |
| <br>City          State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

❏ Yes. Fill in the details.

Debtor 1    **Kent**      **Paul**        **Lemon**        Case number *(if known)* _____

First Name      Middle Name      Last Name

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____ <br> Person Who Received Transfer <br><br> _____ <br> Number   Street <br><br> _____ <br><br> _____ <br> City    State   ZIP Code <br><br> Person's relationship to you _____ | | | _____ |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

❑ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ <br><br> _____ | | _____ |

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

❑ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Chase** <br> **Name of Financial Institution** <br><br> **2051 Long Prairie Rd** <br> **Number   Street** <br><br> _____ <br><br> **Flower Mound, TX 75022** <br> **City    State   ZIP Code** | XXXX– __ __ __ __ | ❑ Checking <br> ☑ Savings <br> ❑ Money market <br> ❑ Brokerage <br> ❑ Other _____ | **5/23/2026** | **$0.00** |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

❑ Yes. Fill in the details.

Official Form 107       **Statement of Financial Affairs for Individuals Filing for Bankruptcy**       page **8**

Debtor 1   **Kent          Paul              Lemon**                                   Case number *(if known)* _____

First Name      Middle Name       Last Name

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ❏ No |
| **Name of Financial Institution** | **Name** | | ❏ Yes |
| | | | |
| **Number      Street** | **Number      Street** | | |
| | | | |
| | **City              State      ZIP Code** | | |
| **City              State      ZIP Code** | | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

❏ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ❏ No |
| **Name of Storage Facility** | **Name** | | ❏ Yes |
| | | | |
| **Number      Street** | **Number      Street** | | |
| | | | |
| | **City              State      ZIP Code** | | |
| **City              State      ZIP Code** | | | |

## Part 9:   Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

❏ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | |
| **Owner's Name** | **Number      Street** | | _____ |
| | | | |
| **Number      Street** | | | |
| | **City              State      ZIP Code** | | |
| **City              State      ZIP Code** | | | |

Debtor 1     **Kent**       **Paul**       **Lemon**          Case number *(if known)* _____

           First Name        Middle Name       Last Name

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

❑ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

❑ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

❑ Yes. Fill in the details.

Debtor 1   **Kent**          **Paul**              **Lemon**                              Case number *(if known)* _____

First Name        Middle Name        Last Name

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | | | ❑ Pending |
| | Court Name | | ❑ On appeal |
| | | | ❑ Concluded |
| | Number    Street | | |
| Case number | | | |
| | City           State    ZIP Code | | |

---

### Part 11:  Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

❑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

❑ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

❑ An owner of at least 5% of the voting or equity securities of a corporation

❑ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| **Simplicity Consulting Services** | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Name | | EIN: _9_ _9_ – _1_ _5_ _5_ _7_ _1_ _8_ _7_ |
| **616 Heritage Lane,** | Name of accountant or bookkeeper | Dates business existed |
| Number    Street | | From _____ To _____ |
| **Flower Mound, TX 75022** | | |
| City          State    ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

❑ Yes. Fill in the details below.

| | Date issued |
|---|---|
| Name | MM / DD / YYYY |
| Number    Street | |
| City          State    ZIP Code | |

---

Debtor 1    **Kent**          **Paul**           **Lemon**                          Case number *(if known)*
         First Name      Middle Name       Last Name

---

| Part 12: | Sign Below |
|---|---|

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X  **/s/ Kent Paul Lemon**

Signature of Kent Paul Lemon, Debtor 1

Date **06/28/2026**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kent** | **Paul** | **Lemon** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     **Eastern District of Texas**

Case number (if known)

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income

**12/21**

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

---

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

   ☑ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   > **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | **$43,000.00** | **$0.00** |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse. | **$0.00** | **$0.00** |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | **$0.00** | **$0.00** |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | |
| Ordinary and necessary operating expenses | - $0.00 | - $0.00 | | |
| Net monthly income from a business, profession, or farm | $0.00 | $0.00 | Copy here → **$0.00** | **$0.00** |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | |
| Ordinary and necessary operating expenses | - $0.00 | - $0.00 | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → **$0.00** | **$0.00** |

---

Debtor 1     **Kent**      **Paul**      **Lemon**        Case number *(if known)* _____

        First Name       Middle Name       Last Name

|  | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $0.00 | $0.00 |
| 8. **Unemployment compensation** | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: .................................................. ↓

For you.....................................................................    **$0.00**

For your spouse......................................................    **$0.00**

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.      $0.00      $0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

If necessary, list other sources on a separate page and put the total below.

_____    _____

_____    _____

Total amounts from separate pages, if any.    + _____    + _____

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    **$43,000.00**   +   **$0.00**   =   **$43,000.00**

                                                        **Total average monthly income**

---

**Part 2:** Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X**   **/s/ Kent Paul Lemon** _____
     Signature of Debtor 1

Date **06/28/2026** _____
      MM/ DD/ YYYY

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **Lemon, Kent Paul**                                        CASE NO

                                                                 CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date      **06/28/2026**          Signature                          **/s/ Kent Paul Lemon**
                                                                Kent Paul Lemon, Debtor

American Express
PO Box 6031
Carol Stream, IL 60197


American Express (Hilton)
PO Box 6031
Carol Stream, IL 60197


American Express (Marriott)
PO Box 6031
Carol Stream, IL 60197


American Express (Platinum)
PO Box 6031
Carol Stream, IL 60197


Avant
222 North LaSalle St.
Chicago, IL 60601


Bannanna Republic (Barclays)
PO Box 60617
City of Industry, CA 91716


Best Egg
PO Box 42912
Philadelphia, PA 19101


Black Card (Barclays)
PO Box 60517
City of Industry, CA 91716

BMW Financial Services
PO Box 78103
Phoenix, AZ 85062

Capital on Tap
33 Irving Place - Suite 3009
New York, NY 10003

Chase Mazda Capital Services
PO Box 650351
Dallas, TX 75265

Chase Prime
PO Box 1423
Charlotte, NC 28201

Chase Saphire
PO Box 1423
Charlotte, NC 28201

Citibank
PO Box 9001037
Louisville, KY 40290

CitiBank
PO Box 9001037
Louisville, KY 40290

Denton County
3911 Morse Str.
Denton, TX 76208

Dept of Ed/Nelnet (1)
400 Maryland Ave SW
Washington, DC 20202

Dept of Ed/Nelnet (2)
400 Maryland Ave SW
Washington, DC 20202

Dept of Ed/Nelnet (3)
400 Maryland Ave SW
Washington, DC 20202

Discover
PO Box 71242
Charlotte, NC 28272

FirstMark Services
PO Box 2977
Omaha, NE 68103

Heights
3346 Harwood Rd
Bedford, TX 76021

Internal Revenue Service
Mail Code 5027-DAL
1100 Commerce St. MS 5141 Room 1035
Dallas, TX 75242

Intuit Credit Card
2701 Coast Ave
Mountain View, CA 94043

Intuit Line of Credit
2701 Coast Ave
Mountain View, CA 94043

Intuit Term Loan
2700 Coast Ave
Mountain View, CA 94043

Lending Point
1201 Roberts Blvd
Kennesaw, GA 30144

Lowes
PO Box 669807
Dallas, TX 75266

Nebraska Furniture Mart
PO Box 2335
Omaha, NE 68103

NetCredit
PO Box 206766
Dallas, TX 75320

OnDeck
4700 West Daybreak Pkwy
South Jordan, UT 84009

PayOff/Happy Money
21515 Hawthorne Blvd - Suite 200
Torrance, CA 90503

Republic Finance
2317 W. University Dr.
Denton, TX

Republic Finance
2317 West University Dr.
Denton, TX

Rocket Loans
28596 Network Place
Chicago, IL 60673

Select Portfolio Services
Servicer & Trustee for FHLMC
PO Box 65450
Salt Lake City, UT 84165-0450

SOFI
PO Box 2595
Omaha, NE 68103

Sofi Bank
PO Box 654158
Dallas, TX 75265-4158

Upgrade
400 Kelby Street - 14th Floor
Roselle Park, NJ 07204

Upgrade
17 West Main St
Luray, VA 22835

Upgrade
PO Box 52210
Phoenix, AZ 85072

Upstart
PO Box 1503
San Carlos, CA 94070

US Bank Mastercard
PO Box 790408
Saint Louis, MO 63179

US Bank Visa
PO Box 790409
Saint Louis, MO 63179